Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

In re:                                    )
                                          )
LGC ROANOKE, L.L.C., fka                  )    Case No. 06-70135
LEWIS GALE CLINIC, L.L.C.                 )
                                          )
          Debtor.                         )    Chapter 7
                                          )

> FILED ROANOKE, VA
> U.S. BANKRUPTCY COURT
> DEC 2 3 2010
> BY ᴖᴖᴖᴖ
> DEPUTY CLERK

**CASE CONSOLIDATED WITH LGC, Inc.: 06-70134; LGC Agency, LLC: 06-70136; and LGC Surgery, LLC: 06-70137 WITH 06-70135 AS LEAD CASE.**

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution   to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The   trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That   the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: December 22, 2010

GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

*06-70135*

**FORM B10 (Official Form 10) (4/01)**

| UNITED STATES BANKRUPTCY COURT _Roanoke VA_ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|

Name of Debtor:
_Lewis Gale Clinic - Dr. Faiz M. Behsudi_

Case Number:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
_Betty H. Myles_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
_602 Granville Ave_
_Clifton Forge, VA 24422_

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
_LGC 5204730_

Check here ☐ replaces
if this claim  ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other _Refund due me_

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _234_ _52_ _2984_
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:** _6-27-04_

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _128.17_
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

APR 1 3 2006

Date
_4-10-06_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Betty H. Myles - Betty H. Myles_

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

4-11-06

To Whom It May Concern:

This letter explains the circumstances of why I am due a refund from Lewis Gale Clinic
for services rendered me on June 27, 2004.

Lewis Gale Clinic provided Dr. Faiz M. Behsudi as an emergency room physician at
Alleghany Regional Hospital when I was a patient in the Emergency Room on June 27,
2004. I had sustained an injury to my left wrist due to a fall at an assisted living facility
named Highland House, Clifton Forge, Virginia. They provided coverage for my injury
through Cincinnati Insurance Company whose agent was Brent Showalter of P.O. Box
42, Bridgewater, Virginia, 22812.

Mr. Showalter sent me a check in amount of the $140 incurred and I deposited it and sent
my personal check in amount of $140 to Lewis Gale Clinic.(copy of check and
endorsement attached.) The Clinic had filed with Railroad Medicare and Medicare paid
them $47.34, which of course was in error due to third party being responsible.

The attached Explanation of Medicare Benefits shows Medicare allowed $59.17,
disallowed $80.83 and paid $47.34 to the Clinic, causing the account to have a credit
balance.

Medicare later requested refund of their payment. In fact, they wanted it as soon as
possible, saying they had the authority to get it deducted from my Railroad Retirement
annuity. Since I did not want that to happen, I sent my personal check for the $47.34.
(Copy of my check to Medicare in amount of $47.34 attached.) Lewis Gale Clinic
employee Sara Adams assured me I would receive refund from Lewis Gale Clinic in
amount of $128.17 within thirty days. This is the $47.34 plus disallowed amount of
$80.83, which totals $128.17, the amount of the credit shown on the account.

I will appreciate consideration being given to my claim of refund due. If I can furnish any
additional information, please advise.

Respectfully submitted,

*Betty H. Myles*

Betty H. Myles
602 Granville Avenue
Clifton Forge, Virginia 24422
Phone: 540-862-1760

P.S. Phone calls to Lewis Gale Clinic have not been returned after message is left with
Voice Mail.







**BETTY H. MYLES**
**JOHN W. MYLES**
602 GRANVILLE AVE.    540-862-1760
CLIFTON FORGE, VA 24422

782

68-428/514
49001

Date *1-17-06*

PAY *Medicine Part A*
to the order of                                                    $ 47 34/100

*Forty seven and* 34/100                                          Dollars

**BB&T**
BRANCH BANKING AND TRUST COMPANY
CLIFTON FORGE, VIRGINIA

*Elite*

Memo *Letter of service 6-17-04*   Signature *Betty H Myles*

⑆051405260⑆ ⑈513814963511⑈00782 ⑆ ⑆0000004734⑆

*Letter of 1-13-06*
*# A23452 2984*

SUNTRUST BLT    01242006              #2746
                                     PKT001
5906-028        051000020            01/24/06

460000446 05008494

82100           CREDITED ACCOUNT M&I BANK LOCKBOX
050 01232006 OF NAMED PAYEE    MILW WI  10982
075000051       M&I BANK        075912068<
                00122-62272
M&I BANK
01/23/06

2101604434

355109292

# Medicare Summary Notice

November 29, 2004

|  |
|---|
| **CUSTOMER SERVICE INFORMATION** |

ıılıılılılılılılılıılıılıılılılılıılııılıılıılılılı
BETTY    H MYLES
602 GRANVILLE AV
CLIFTON FORGE VA  24422-1816

**Your Medicare Number: A234522984**

If you have questions, write or call:
Palmetto GBA - Railroad Medicare
P.O. Box 10066
Augusta, GA 30999-0001

**Toll-free: 1-800-833-4455**
TTY for hearing impaired: 1-877-566-3572

**BE INFORMED:** Always read the front and back of your Medicare Summary Notice.

### This is a summary of claims processed from 11/03/2004 through 11/24/2004.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 22-04296-064-510 |  |  |  |  |  |  |
| Faiz M. Behsudi, M.D., PO Box  791307, |  |  |  |  |  | b,c |
| Baltimore, MD  21279-1307 |  |  |  |  |  |  |
| 06/27/04 | 1 Emergency dept visit (99283) | $140.00 | $59.17 | $47.34 | $11.83 | a |
| Claim number 22-04320-220-620 |  |  |  |  |  |  |
| Kroger Limited Partnership I, PO Box  14002, |  |  |  |  |  | b |
| Roanoke, VA  24038-4002 |  |  |  |  |  |  |
| 11/08/04 | 1 Flu vaccine, 3 yrs, im (90658) | $20.09 | $10.10 | $10.10 | $0.00 | a,d |
| 11/08/04 | 1 Admin influenza virus vac (G0008) | 7.56 | 7.56 | 7.56 | 0.00 | d |
|  | **Claim Total** | **$27.65** | **$17.66** | **$17.66** | **$0.00** |  |
| Claim number 22-04320-220-630 |  |  |  |  |  |  |
| Kroger Limited Partnership I, PO Box  14002, |  |  |  |  |  | b |
| Roanoke, VA  24038-4002 |  |  |  |  |  |  |
| 11/08/04 | 1 Pneumococcal vaccine (90732) | $30.09 | $23.28 | $23.28 | $0.00 | a,d |

EOF 1744(05/85)

---

## THIS IS NOT A BILL - Keep this notice for your records.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DOCTOR | DESCRIPTION | CHARGES | PAYMENTS ADJUSTMENTS | PATIENT BALANCE |
|------|--------|-------------|---------|---------------------|-----------------|
| 5/27/04 | BEHSUDI | EMERGENCY DEPT VISIT | 140.00 | | 11.83 |
| 11/15/04 | | MEDICARE INSURANCE | | 47.34- | |
| 11/15/04 | | INSURANCE PLAN ADJUSTMENT | | 80.83- | |

*Claim No 129817*

| STATEMENT DATE | CURRENT | OVER 30 DAYS | OVER 60 DAYS | PLEASE PAY THIS AMOUNT → | |
|----------------|---------|--------------|--------------|--------------------------|--------|
| 01/25/05 | 11.83 | | | | 11.83 |

| PATIENT NAME | | ACCOUNT NUMBER |
|--------------|--|----------------|
| BETTY H MYLES | | LGC   5204730 |

MAKE CHECK PAYABLE TO:

ITEMS MARKED WITH AN (*) HAVE BEEN BILLED TO YOUR INSURANCE

PAYMENT DUE UPON RECEIPT. THANK YOU.

## STATEMENT



Lewis Gale Clinic
1802 Braeburn Drive
Salem, VA 24153

LGCL



**MAKE CHECKS PAYABLE TO**

Lewis Gale Clinic
1802 Braeburn Drive
Salem, VA 24153

**RETURN SERVICE REQUESTED**

BILLING INQUIRES    (540) 772-3550
http://www.lewisgaleclinic.com/bus_concerns.php

PATIENT:  BETTY H MYLES

004939 1 AT 0.292
- BETTY H MYLES
- 602 GRANVILLE AVE
- CLIFTON FORGE VA  24422-1816

LEWIS GALE CLINIC
P O BOX 12767
ROANOKE VA 24028

LGC005204730    0001183

| IF PAYING BY CREDIT CARD COMPLETE ALL REQUESTED INFORMATION BELOW | | | | 1 |
|---|---|---|---|---|
| CARD NUMBER | | | AMOUNT | |
| SIGNATURE | | | EXP DATE | |

| STATEMENT DATE | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|
| 01/25/05 | LGC  5204730 | 11.83 |

☐ Check box if address is incorrect or insurance information has changed.
  Please indicate change(s) on reverse side

SHOW AMOUNT
PAID HERE  $

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | DOCTOR | FINANCIAL | CHARGES | PAYMENT/ ADJUSTMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|
| 5/27/04 | BEHSUDI | EMERGENCY DEPT VISIT | 140.00 | | 11.83 |
| | 11/15/04 | MEDICARE INSURANCE | | 47.34- | |
| | 11/15/04 | INSURANCE PLAN ADJUSTMENT | | 80.83- | |

*Sent to Brent Showalter 2-1-05*

*Notified LGC Bus. off.*
*2-1-05*

*3-8-04*

*772-5362*

| STATEMENT DATE | CURRENT | OVER 30 DAYS | OVER 60 DAYS | PLEASE PAY THIS AMOUNT | |
|---|---|---|---|---|---|
| 01/25/05 | 11.83 | | | | 11.8 |

| PATIENT | | ACCOUNT NUMBER | MAKE CHECK PAYABLE TO: |
|---|---|---|---|
| BETTY H MYLES | | LGC  5204730 |  Lewis Gale Clinic |

**MAKE CHECKS PAYABLE TO**

# LEWIS GALE CLINIC

Lewis Gale Clinic
1802 Braeburn Drive
Salem, VA 24153

| IF PAYING BY CREDIT CARD, COMPLETE ALL REQUESTED INFORMATION BELOW | | 1 |
|---|---|---|
| ☐ 🏧 VISA  ☐ ⊕ ⊕  ☐ AMERICAN EXPRESS  ☐ DISCOVER | | |
| CARD NUMBER | AMOUNT | |
| SIGNATURE | EXP DATE | |

**RETURN SERVICE REQUESTED**

BILLING INQUIRES    (540) 772-3550
http://www.lewisgaleclinic.com/bus_concerns.php

PATIENT:  BETTY H MYLES

| STATEMENT DATE | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|
| 07/13/04 | LGC   5204730 | 11.83 |

☐ Check box if address is incorrect or Insurance Information has changed.
Please indicate change(s) on reverse side.

3425 1 AT 0.292
BETTY H MYLES
602 GRANVILLE AVE
CLIFTON FORGE VA  24422-1816

1003425

LEWIS GALE CLINIC
P O BOX 12767
ROANOKE VA 24028

‖ı‖ı‖ı‖ı‖ı‖ıı‖ıı‖ı‖ı‖ıı‖ı‖ıı‖ı‖ı‖ı‖ı‖ı‖ı‖

LGC005204730    0001183

**SHOW AMOUNT PAID HERE**  $

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DOCTOR | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|
| 3/08/04 | KLINE | EMERGENCY DEPT VISIT *Hives* | 140.00 | | 11.83 |
| | 04/08/04 | MEDICARE INSURANCE | | 47.34- | |
| | 04/08/04 | INSURANCE PLAN ADJUSTMENT | | 80.83- | |
| 6/27/04 | BEHSUDI | EMERGENCY DEPT VISIT *Wrist* | * 140.00 | PENDING INS | |

| STATEMENT DATE | CURRENT | OVER 30 DAYS | OVER 60 DAYS | PLEASE PAY THIS AMOUNT → | |
|---|---|---|---|---|---|
| 07/13/04 | | 11.83 | | | 11.83 |

| PATIENT NAME | ACCOUNT NUMBER |
|---|---|
| BETTY H MYLES | LGC   5204730 |

MAKE CHECK PAYABLE TO:



Lewis Gale Clinic
1802 Braeburn Drive
Salem, VA 24153

**ITEMS MARKED WITH AN (*) HAVE BEEN BILLED TO YOUR INSURANCE**

**PAYMENT DUE UPON RECEIPT. THANK YOU.**

**BETTY H. MYLES**
**JOHN W. MYLES**
602 GRANVILLE AVE.    540-862-1760
CLIFTON FORGE, VA 24422

639

68-426/514
49001

Date 2-7-05

PAY Lewis Gale Clinic                                    $ 148 00
to the order of

One hundred forty and 1/00                                         Dollars

**BB&T**
BRANCH BANKING AND TRUST COMPANY
CLIFTON FORGE, VIRGINIA

*Elite*

Memo LGC 4204720                    Signature Betty W Myles

⑆051404260⑆ 5138149635⑈ 0639    ⑈00000140000⑈