```
                    705560

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
         ROANOKE OFFICE

Received From:
GEORGE A MCLEAN, TRUSTEE

ROANOKE                 VA  24016-
===============================================

  CASE NO.     PRICE    QTY     AMOUNT
 06-70135    $    0.00    1  $   3,284.04
    UNCLAIM FUNDS > $25
    LGC ROANOKE, LLC


===============================================

              |  TOTAL:  | $    3,284.04 |

CASH:     CHECKS: √    MONEY ORDERS:

Clerk : S. JONES
Date  : 08/18/2011
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Form 704-8A
Rev. 6/05

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

AUG 1 8 2011

BY _____
DEPUTY CLERK

In re:                                    )
                                          )
LGC Roanoke, LLC fka Lewis-Gale           )   Case No. 06-70135 RKR
Clinic, LLC                               )
                                          )
            Debtor.                       )   Chapter 7
_____)

**TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached Schedule A.

Dated: August 16, 2011

_____
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

# SCHEDULE A

| Creditor | Address | Amount due |
|---|---|---|
| Bio-Rad Laboratories, Inc. | 1000 Alfred Nobel Drive<br>Hercules, CA 94547 | $232.72 |
| Wells Fargo Financial Leasing, Inc. | 400 Locust Street, Suite 500<br>MAC F4045-050<br>Des Moines, IA 50309-2331 | $211.09 |
| Phillips Medical Systems North America | c/o Commercial Collection Consultants<br>8309 165th Avenue, NE, Suite 205<br>Redmond, WA 98052 | $199.96 |
| Sanofi Pasteur, Inc. | Discovery Drive<br>Swiftwater, PA 18370 | $2,640.27 |

**TOTAL AMOUNT PAYABLE TO: CLERK, U.S. BANKRUPTCY COURT $3,284.04**
Please deposit to the U.S. Treasury or the local Registry Account.